UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DAVID BAKER, | 1:18-cv-3820 (NLH) (AMD) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| JOHN DOES 1-10, et al., | |
| Defendants. | |

**APPEARANCES**:

John David Baker, No. 57359-018
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

    Plaintiff Pro se

**HILLMAN, District Judge**

    WHEREAS, the Court screened Plaintiff's proposed second amended complaint on April 21, 2020 and permitted Plaintiff's mail tampering claims to proceed, see ECF No. 55; and

    WHEREAS, the Court dismissed all defendants except the John Doe defendants against whom Plaintiff raised his mail tampering claims, see id. at 7-8; and

    WHEREAS, the Court ordered Plaintiff to file a third amended complaint identifying the John Doe defendants so as to effectuate service, see id. Alternatively, the Court informed Plaintiff that he could request a subpoena be served on FCI Fort

Dix through Federal Rule of Civil Procedure 45, see id.; and

WHEREAS, Plaintiff filed a "motion to report defendants' misconduct and to request an extension of time" on June 22, 2020, see ECF No. 57; and

WHEREAS, Plaintiff alleges ongoing interference with his legal mail and requests additional time to comply due to a delay in receiving the Court's order,

THEREFORE, IT IS on this   24th   day of June, 2020

ORDERED that Plaintiff's motion for an extension of time, ECF No. 57, is granted.  Plaintiff shall have until July 31, 2020 to comply with the Court's April 21 order; and it is further

ORDERED that non-compliance with the Court's April 21 order within the time set by the Court shall result in a dismissal without prejudice; and it is finally

ORDERED that the Clerk shall send a copy of this order to Plaintiff by regular mail.


At Camden, New Jersey                     s/ Noel L. Hillman
                                          NOEL L. HILLMAN, U.S.D.J.

2